### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:22CR9 |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHNNY BRADFORD, II, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant, Johnny Bradford's Unopposed Motion to Continue Trial [40]. Counsel needs additional time to investigate factual issues to prepare for trial. The undersigned magistrate judge finds good cause to grant the continuance. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [40] is granted, as follows:

1. The jury trial, as to both defendants, now set for December 13, 2022, is continued to **February 21, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 21, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than **November 30, 2022.** The objecting party must comply with all requirements of NECrimR 59.2.

DATED: November 23, 2022

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge