# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>AMY SHEPHERD,<br><br>               Defendant. | 8:22CR9<br><br>AMENDED ORDER |

This matter is before the court on the Government's Restricted Motion for a Rule 17.1 Conference (Filing No. 50). Due to the nature and volume of evidentiary materials, the motion will be granted.

**IT IS ORDERED:**

1. A conference pursuant to Fed. R. Crim. P. 17.1 will be held in this case in Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 9:30 a.m. on March 28, 2023**. All counsel or their representatives, are required to attend with counsels' calendars and be prepared to schedule all events in this case on counsels' calendars. <u>Defendant is required to be present</u>.

2. The ends of justice have been served by scheduling such a conference and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the scheduling of the Fed. R. Crim. P. 17.1 conference, i.e., the time between **March 14, 2023 and March 28, 2023,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel require additional time to review the discovery materials, determine if any pretrial motions should be filed, and adequately prepare the case for trial. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

Dated this 23rd day of March, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge