IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

AMY SHEPHERD,

Defendant.

**8:22CR9**

**ORDER ON PETITION FOR ACTION ON
CONDITIONS OF PRETRIAL RELEASE**

The defendant appeared before the Court on August 16, 2023 regarding Petition for Action on Conditions of Pretrial Release [64]. Sturt J. Dornan represented the defendant. Sean Lynch represented the government. The defendant was previously advised of the alleged violation(s) of pretrial release, the possible sanctions for violation of a release condition, and the right to a hearing in accordance with the Bail Reform Act. 18 U.S.C. § 3148.

The defendant requested to be in custody pending sentencing or further order of the Court. The government does not object. The Order Setting Conditions of Release [15] is revoked and the defendant shall be detained until further order of the Court. The Petition for Action on Conditions of Pretrial Release [64] is dismissed as moot.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentence or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of the court of the United States or on the request of an attorney for the government, the person in charge of the correctional facility shall deliver the defendant to the United States Marshal for purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED**.

Dated this 16th day of August, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge